# PD-0499-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FRANCES R. FORD,

Appellant pro se,

-v-

THE STATE OF TEXAS

Appellee.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

From the Fourth Court of Appeals of Texas
No. 04-14-00025-CR

FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

Trial Court Cause No. 2011-CR-2986
The Honorable 227th Judicial District Court
Bexar County, Texas

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PRO SE PETITION FOR DISCRETIONARY REVIEW

Appellant FRANCES R. FORD, pro se, respectfully moves this Court for a 90-day extension of time under Rule 10.5(b)(3), Tex.R.App.Pro., to file her pro se petition for discretionary review. Appellant submits the following facts relied on to support the need for this extension of time:

A. The Fourth Judicial District Court of Appeals of San Antonio, Texas, affirmed Appellant's judgement of conviction on April 1, 2015. Ford v. State, (No. 04-14-00025-CR, April 1, 2015)(Unpublished).

B. Appellate counsel did not file a rehearing or en banc.

C. Appellant's current deadline for filing her petition for discretionary review is May 2, 2015.

D. Appellant requests a 90-day extension of time.

E. Appellant did not receive notice of the Court of Appeals' affirmation until mid-April. Due to her current indigent status, Appellant cannot afford retained counsel to assist her with the preparation of a petition for discretionary review, and will proceed pro se.

This additional time request is necessary because of the limited time restraints of the use of the prison law library, and the extension of time is necessary to conduct further caselaw and statutory research to support the claims for review urged in the petition for discretionary review.

This request is not for the purpose of delay, but is based on legitimate grounds.

F. This is Appellant's first request for an extension of time. A 90-day extension is not unreasonable due to the fact that Appellant is serving a LIFE sentence, and the need for the additional time will serve to assist in submitting a proper petition for discretionary review.

This extension will not create a hardship or prejudice to the State or the Court[s].

(2)

## Prayer

Appellant respectfully prays the Court to grant the above request for extension of time and enter an order extending the time for 90-days to file a petition for discretionary review in this cause, making the petition due on or before July 31, 2015.

Appellant further prays for any other relief the Court deems relevant to the disposition of this Motion.

Respectfully submitted,

Frances R. Ford, Appellant
TDCJ-CID # 1916749/Crain Unit
1401 State School Rd.,
Gatesville, TX 76599

## Certificate of Service

I hereby certify I have mailed a copy of the foregoing Motion for Extension of Time to the parties for the State by placing a copy in the U.S. Postal service, on this the 22nd day of April, 2015, first-class postage prepaid.

Frances R. Ford, Appellant

(3)